5.13.03

1.)

TO: Clerk of Court
po. drawer 5009
beckley w.va 25801

FILED
MAY 27 2003
SAMUEL L. KAY, CLERK
U.S. District & Bankruptcy Co
Southern District of West V

fr: randy coopar 22799
re: a directive from a distract judge to procead in forma paypars.

Statemant of Claim 5:03-0472
42. U.S.C 1982

Coopar vs unit Commandar Q.1
Capt. williams, and
wardan Mc bride.

Im' currantly held on administrative-sagragation staff contact single racreation Q.1 lock up whara im savarally harrassad, provokad whare cors inmatas deny what thay say to ma and diract life thratening threats

Im watchad and raviawad whara my daily activity and mantal rasponsas are monitorad by mocc whara cois/ inmatas sae what i sae.

2.)

acting Magistrate Ms. Betty Slaten harrasses me via ventilation system 24 hours a day 7 days a week with life threatening verbal banter where Ms. Slaten repeats my daily activity and mental responses to general public

where co/s inmates gossip and direct parts of my life childhood etc to me and deny what they say where my dreams past and future allegations are rumored and directed to me where mental responses are captured on tape

this acting Magistrate Ms. Slaten screams, yells and directs verbal banter in regards to my case no: 96-f-217 Cooper vs the State of W.VA and denys remarks and provokes me. and reads the human tounge and human eyes iris and c/witness my life history

3.)

imaginations. and denys where im blamed behind my back for above in regards to a life i lived

im harrassed. and watched Sexually harrassed with verbal banter,

where Ms. Betty Slaton provokes mental responses on women where statements are directed and denyed im Quil, etc. where im humiliated. embarrassed where my daily activity is monitered and repeated this acting Magistrate reads me and tells me when to use the washroom and watches and repeats my activity to general public and captures daily activity on Tape and wittness and blames and denys violating policy 325.00 I. 101. 102 where Cos are to maintain a professional not personal relationship with Inmate

4.)

my fourteenth amendment to the U.S. Constitution where im singled out and treated diffrent than others at [mocc] where my confinement to administrative segregation impose severe hardships on me amoung other things,

where im denied access to vocational, educational recreational and rehabilitative programs, restrictions on exercise and confined to my cell for lengthy periods of time

if I where transfered or released to the general population I would have access to various exercise faciliates such as gym and the yard and would be able to do this most of the time out of my cell which would be appox. 14 hrs aday

while in segregation i only got out of my cell a few minutes for exercise, showers and non-contact visit

5.)

otherwise im confined caged on single recreation harrassed, provoked by CO's inmates who deny what they say to me. and review my daily activity and mental responses, and blame for future and past allegations or deny trying to corce

by the fourteenth amendment the term has received much consideration and some of the included things are definitely stated, without doubt. it donates not merely freedom from bodily restraint but also the right of the individual to contract engage in any of the common occupations of life to acquire usefull knowledge and dictates of his own consciance a prison official may be held liable for denying a prisoner humane conditions

6.)

of confinement under the rule that an officials daliberata indifferance to a substantial risk of sarious harm to a prisonar violatas tha crual and unusual punishmant clausa of tha fadaral Constitutions aighth amandmant.

(threatanad injury,)

ona doas not hava to await tha consummation of thraatand injury to obtain pravantiva raliaf.

tha departmant of corractions is using a substance known as fixura dasign spray or has ma wirad up whara tha unitad nations saa's what i saa, and rapeats my lifa. imaginations and wittnass.

<u>nota</u>: a movia mada

7.)

no woman or children can come foward in tha united nations in ragards to any sav crimas or violanca on abova my fingar prints in u.s.a Taflacts no sav crimas violanca on woman or childran stabbings. shootings. murdars. axscapa history. etc.

tha dapartmant of Corractions danys. provokas. and corca.

whara im savaally harrassad abusad with varbal bantar

whara my lifa imaginations ara raviawad, watchad whara mantal rasponsas has baan provokad. whara allagations danyad.

relief

1.) to proceed in forma, paupers

2.) awarded attorney fees

3.) to have D.1 lockup and warden be put under investigation

4.) transfer or to be released to general public.

5.) punitive damages in the amount of 100,000.00 for pain & suffering

Randy Cooper
22799